UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| ESTATE OF CODY CATANZARITE, et al., | Case No. |
|---|---|
| Plaintiffs, | **DECLARATION OF AMANDA VELASQUEZ RE: CAL. CODE CIV. PROC. § 377.32** |
| vs. | |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

I, Amanda Velasquez, do declare and say:

1.  I submit the following declaration concerning M███ M███'s status as the successor-in-interest to Cody Catanzarite, pursuant to section § 377.32 of the California Code of Civil Procedure. (This declaration is submitted on behalf of M███ M███ because she is a minor.)

2.  Cody Catanzarite was born on ███, 1986, in the County of Sacramento.

3.  No proceeding is now pending in California for administration of the estate of Cody Catanzarite.

4.  M███ M███ is the successor-in-interest to Cody Catanzarite (as defined in section 377.11 of the California Code of Civil Procedure) and succeeds to his interest in this action or proceeding. M███ M███ is the biological daughter of Cody Catanzarite.

5.  No other person has a superior right to commence this action or proceeding, or to be substituted for Cody Catanzarite in this pending action or proceeding.

6.  A true and correct copy of the death certificate of Cody Catanzarite is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on April 5, 2024, at Sacramento, California.

_____
Amanda Velasquez

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF SACRAMENTO
### DEPARTMENT OF HEALTH SERVICES

**STATE FILE NUMBER:** 3052023171667
**CERTIFICATE OF DEATH — STATE OF CALIFORNIA**
**LOCAL REGISTRATION NUMBER:** 3202334008085

### DECEDENT'S PERSONAL DATA
1. NAME OF DECEDENT – FIRST (Given): **CODY**
2. MIDDLE: **JOSEPH**
3. LAST (Family): **CATANZARITE**
4. DATE OF BIRTH: 1986
5. AGE: 37
6. SEX: M
7. DATE OF DEATH: 07/21/2023
8. HOUR (24 Hours): 1036
9. BIRTH STATE/FOREIGN COUNTRY: CA
11. EVER IN U.S. ARMED FORCES?: NO
12. MARITAL STATUS: NEVER MARRIED
13. EDUCATION: 10
14/15. WAS DECEDENT HISPANIC/LATINO: NO
16. DECEDENT'S RACE: WHITE
17. USUAL OCCUPATION: LABORER
18. KIND OF BUSINESS OR INDUSTRY: LANDSCAPING
19. YEARS IN OCCUPATION: UNK

### USUAL RESIDENCE
20. DECEDENT'S RESIDENCE: UNKNOWN
21. CITY: SACRAMENTO
22. COUNTY/PROVINCE: SACRAMENTO
24. YEARS IN COUNTY: 37
25. STATE/FOREIGN COUNTRY: CA

### INFORMANT
26. INFORMANT'S NAME, RELATIONSHIP: LINDA KATHLEEN CATANZARITE, MOTHER

### SPOUSE/SRDP AND PARENT INFORMATION
31. NAME OF FATHER/PARENT – FIRST: RICKY
32. MIDDLE: MARK
33. LAST: CATANZARITE
34. BIRTH STATE: CA
35. NAME OF MOTHER/PARENT – FIRST: LINDA
36. MIDDLE: KATHLEEN
37. LAST (BIRTH NAME): WELLS
38. BIRTH STATE: CA

### FUNERAL DIRECTOR / LOCAL REGISTRAR
39. DISPOSITION DATE: 08/08/2023
40. PLACE OF FINAL DISPOSITION: RESIDENCE OF LINDA KATHLEEN CATANZARITE
41. TYPE OF DISPOSITION(S): CREMATE/RESIDENCE
42. SIGNATURE OF EMBALMER: NOT EMBALMED
44. NAME OF FUNERAL ESTABLISHMENT: SIERRA VIEW FUNERAL CHAPEL & CREMATORY INC.
45. LICENSE NUMBER: FD924
46. SIGNATURE OF LOCAL REGISTRAR: OLIVIA KASIRYE MD
47. DATE: 08/08/2023

### PLACE OF DEATH
101. PLACE OF DEATH: SUTTER MEDICAL CENTER SACRAMENTO
102. IF HOSPITAL, SPECIFY ONE: EMDP
104. COUNTY: SACRAMENTO
105. FACILITY ADDRESS: 2825 CAPITOL AVENUE
106. CITY: SACRAMENTO

### CAUSE OF DEATH
107. CAUSE OF DEATH:
(A) IMMEDIATE CAUSE: PENDING
Time Interval: PEND
108. DEATH REPORTED TO CORONER?: YES
REFERRAL NUMBER: 23-03703
109. BIOPSY PERFORMED?: NO
110. AUTOPSY PERFORMED?: YES
111. USED IN DETERMINING CAUSE?: YES

113. WAS OPERATION PERFORMED: UNK
113A. DECEDENT PREGNANT IN LAST YEAR?: NO

### PHYSICIAN'S CERTIFICATION
(blank)

### CORONER'S USE ONLY
119. MANNER OF DEATH: Pending Investigation
126. SIGNATURE OF CORONER / DEPUTY CORONER: ALLYSON ROGERS
127. DATE: 08/01/2023
128. TYPE NAME, TITLE: ALLYSON ROGERS, DEP CORONER

---

**CERTIFIED COPY OF VITAL RECORDS**
STATE OF CALIFORNIA, COUNTY OF SACRAMENTO

This is a true and exact reproduction of the document officially registered and placed on file with Sacramento County Department of Health Services.

*002153036*

**DATE ISSUED:** August 11, 2023



OLIVIA KASIRYE, MD
LOCAL REGISTRAR

This copy is not valid unless prepared on an engraved border, displaying the date, seal and signature of the Registrar.

**ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE**